# GEORGE MELDRUM AND WILLIAM PARK, LATE MERCHANTS IN COMPANY UNDER THE FIRM OF
## MELDRUM & PARK
### v.
# LOUIS CHAPOTON
## 1811

## Journal Entries

1. Declaration filed; plea; issue; continuance  .   .   *Journal, infra,* \*p. 359

## Papers in File

1. Capias and return . . . . . . . . . . . . . . .
2. Declaration . . . . . . . . . . . . . . . . .